1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| HAIR CLUB FOR MEN, LLC, a Delaware limited liability company,<br><br>Plaintiff,<br><br>vs.<br><br>MARIA TERESA DE LA PAZ, an individual,<br><br>Defendant. | Case No. CV 11-02762-GW(JEMx)<br><br>**PRELIMINARY INJUNCTION**<br><br>Complaint Filed: March 31, 2011<br>Trial Date:  None Set |
|---|---|

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
IRVINE

[PROPOSED] PRELIMINARY INJUNCTION

DB1/ 68528229.1

On September 7, 2011, Plaintiff Hair Club for Men, LLC ("Hair Club") applied for a default judgment against Defendant Maria Teresa De La Paz ("Defendant"). Hair Club's Application for Default Judgment by Court Against Defendant and Request for Attorneys' Fees to Be Fixed by Court came on regularly for hearing on October 20, 2011, at 8:30 a.m., in Courtroom 10 of the above-entitled Court, the Honorable George H. Wu presiding.

The Court, having considered all papers filed in support of and opposition to the Application for Default Judgment by Court Against Defendant and Request for Attorneys' Fees to Be Fixed by Court, the evidence submitted in support thereof, the pleadings and materials on file in this matter, and arguments of the parties and/or their counsel, issues the following preliminary injunction:

**IT IS HEREBY ORDERED** that Defendant is preliminarily enjoined from the following:

1. using, disclosing, or otherwise misappropriating any of Hair Club's trade secrets or other confidential or proprietary information, including, but not limited to, the following:

    (a) specialized Hair Club proprietary technological information concerning hair replacement services developed by Hair Club which Defendant gained and/or learned as a result of her employment with Hair Club and are not commonly known in the industry;

    (b) the names, contacts, addresses, phone numbers, and email addresses of Hair Club's past or present customers or clients who Defendant met while employed by Hair Club in the course of providing services to Hair Club. For the purposes of this Order, Defendant is not enjoined from using this information for the purpose of announcing her employment or self-employment;

    (c) the names, contacts, addresses, phone numbers, and email

addresses of prospective Hair Club customers or clients who Defendant met while employed by Hair Club in the course of providing services to Hair Club.  For purposes of this Order, Defendant is not enjoined from using this information for the purpose of announcing her employment or self-employment;

(d) information on Hair Club's past, present, or prospective customers or clients, including their requirements, specifications, and purchasing histories;

(e) Hair Club pricing and cost methodologies;

(f) techniques and procedures developed by Hair Club which are not commonly known in the industry, including those for hair replacement services; and

(g) Hair Club's technical training and product information which is not commonly known in the industry;

2. from directly or indirectly soliciting any Hair Club customers whose identities are known to Defendant as a result of her employment with Hair Club; and

3. from directly or indirectly soliciting any Hair Club employees.

**IT IS SO ORDERED.**

Date: November 17, 2011

_____
Honorable George H. Wu
United States District Judge