JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| HAIR CLUB FOR MEN, LLC, a Delaware limited liability company,<br><br>Plaintiff,<br><br>vs.<br><br>MARIA TERESA DE LA PAZ, an individual,<br><br>Defendant. | Case No. CV 11-02762-GW(JEMx)<br><br>**JUDGMENT** |
| MARIA TERESA DE LA PAZ,<br><br>Counter Claimant,<br><br>vs.<br><br>HAIR CLUB FOR MEN, LLC, a Delaware limited liability company,<br><br>Counter Defendant. | |

[PROPOSED] JUDGMENT

DB1/ 79410217.1

# JUDGMENT

This action came on regularly for jury trial commencing on June 3, 2014, in Courtroom 10 of the above-entitled Court, the Honorable George H. Wu presiding. The jury returned a verdict in favor of Plaintiff Hair Club for Men, LLC and against Defendant Maria Teresa De la Paz on Hair Club for Men, LLC's claims for breach of the duty of loyalty, misappropriation of trade secrets, interference with contractual relations, and breach of contract and awarded Hair Club for Men, LLC $110,000 for these claims. In addition, the jury returned a verdict in favor of Counter Defendant Hair Club for Men, LLC and against Counter Claimant Maria Teresa De la Paz on Maria Teresa De la Paz's claim for failure to provide meal periods. Accordingly, the Court hereby enters judgment in favor of Plaintiff/Counter Defendant Hair Club for Men, LLC and against Defendant/Counter Claimant Maria Teresa De La Paz in the amount of $110,000.

Plaintiff/Counter Defendant Hair Club for Men, LLC shall recover its costs to the extent recoverable under the law.

**IT IS SO ORDERED.**

Dated: June 19, 2014

_____
Hon. George H. Wu
U.S. District Judge